UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TOLIBJON NEGMATOV,

Petitioner,

v.

ANDREW COLE *et al.*,

Respondents.

CAUSE NO. 3:26cv1151 DRL-SJF

ORDER

Immigration detainee Tolibjon Negmatov, by counsel, filed a notice indicating that he wishes to voluntarily dismiss his habeas corpus petition without prejudice [3]. In the interest of justice, this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). The clerk is DIRECTED to close the case.

SO ORDERED.

August 21, 2026

*s/ Damon R. Leichty*
Judge, United States District Court